WILHELMINA SCHMEISER, Respondent, *v.* CHARLES SCHMEISER, Appellant, Impleaded with Others.

*Schmeiser* v. *Schmeiser,* 156 App. Div. 914, affirmed.
(Argued December 4, 1916; decided December 28, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 9, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action brought to cancel a deed executed by the plaintiff to the defendant on the ground that the defendant procured the same by false and fraudulent representations that the said deed was a last will and testament. The answer admits the execution of the deed and denies all other allegations. As a separate defense the answer alleges certain work, labor and

services performed by defendant for plaintiff, also that he had expended divers sums of money for taxes and improvements of the real estate mentioned, and in consideration thereof plaintiff duly executed and delivered the deed.

*Herman Ackerman* for appellant.

*Charles E. Gostenhofer, Montague Lessler* and *Leonard J. Obermeier* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.